UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Cryptocurrency funds from OKX Account Identification: UUID: 162225466726559744 with the affiliated deposit address, 0x2729a03f2374c48f9f51eed65c3bd1f5cda106e1,

        Defendant *in Rem*.

Civil No. 24-cv-12313
Honorable Judith E. Levy

---

**Order Permitting Direct Notice of Complaint for Forfeiture by Email**

---

Based upon the government's Motion for Order Permitting Direct Notice of Complaint for Forfeiture by Email, the information contained in the record, and Federal Rules of Civil Procedure Supplemental Rule G, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Direct notice by email is reasonably calculated to inform potential claimants, Wang Ranran ("Ranran") and the unnamed OKX account holder ("account holder"), of these proceedings, as required by Supplemental Rule G.

2. Direct notice via email will provide Ranran and the account holder with

due process of law.

3. Accordingly, the government shall notify Ranran with direct notice via email at baiyang56888@gmail.com and notify the account holder with direct notice via email at sundakui11223@163.com.   Such notice will contain, at a minimum, the following language:

   a. Please review the attached Complaint for Forfeiture, Warrant of Arrest and Notice *in Rem*, and Certificate of Service for the above referenced matter.
   b. You must follow the procedures set forth in the Warrant of Arrest and Notice *in Rem* if you wish to become a claimant in this action.

*************************

**IT IS SO ORDERED.**

Date: March 21, 2025                                s/Judith E. Levy
     Ann Arbor, Michigan                         JUDITH E. LEVY
                                                      United States District Judge