UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

                                          Civil No. 24-cv-12313
v.                                      Honorable Judith E. Levy

Cryptocurrency funds from OKX Account
Identification: UUID: 1622254667265597744
with the affiliated deposit address,
0x2729a03f2374c48f9f51eed65c3bd1f5cda106e1,

        Defendant *in Rem*,

---

## Default Judgment and Final Order of Forfeiture

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendant *in rem* (ECF No. 12.) The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendant *in rem,* which consists of the following: Cryptocurrency funds from OKX Account Identification: UUID: 162225466726559744 with the affiliated deposit address, 0x2729a03f2374c48f9f51eed65c3bd1f5cda106e1 (23-USS-000234) is **FORFEITED** to the United States under 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendant *in rem*, is forever **EXTINGUISHED** and clear title to the Defendant *in rem* is **VESTED** in the United States.

The USSS, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

Date: January 21, 2026

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge